SCOTT SVESLOSKY, Cal. Bar No. 217660
   ssveslosky@sheppardmullin.com
MARY E. GREGORY, Cal. Bar No. 210247
   mgregory@sheppardmullin.com
PATRICK R. EMERSON, Cal. Bar No. 330610
   pemerson@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Plaintiffs
PEERLESS INSURANCE CO. and
GOLDEN EAGLE INSURANCE CO.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERLESS INSURANCE CO. a New Hampshire Corporation and GOLDEN EAGLE INSURANCE CO. a New Hampshire Corporation,<br><br>          Plaintiffs,<br><br>    v.<br><br>ROBERTA V. BARBANELL, an individual and as trustee of THE ROBERTA V. BARBANELL REVOCABLE TRUST DATED 2/26/93; R.L. BARBANELL, INC. (n/k/a EL RANCHO DE VIDA), a California corporation; EL RANCHO DE VIDA, ONE LLC, a.k.a. EL RANCHO DE VILLA, ONE LLC., a California limited liability company; EL RANCHO DE VIDA, THREE, LLC a.k.a. EL RANCHO DE VILLA, THREE LLC, a California limited liability company; EL RANCHO DE VIDA, FOUR LLC a.k.a. EL RANCHO DE VILLA, FOUR LLC, a California limited liability company; JEREMY BARBANELL, an individual; PINHAS RAHAV, an individual; BENJAMIN HOLTZ, an individual and as trustee of THE LEGACY MOUNTAIN LIVING TRUST; RAYMOND E. LODGE, an individual; and CONDOR'S NEST, LLC, a limited liability company.<br><br>          Defendants. | Case No. 3:24-cv-00759-JES-BLM<br><br>The Hon. James E. Simmons, Jr.<br>Courtroom 4B<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    **January 22, 2025**<br>Time:    **9:00 a.m.**<br>Crtrm:   **4B**<br><br>*[Memorandum of Points and Authorities, Compendium of Exhibits, Declaration of Steven Warnock, and Request for Judicial Notice filed concurrently.]*<br><br>[Complaint filed:  April 26, 2024<br>Trial date:         Not set.] |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 22, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 4B of the above-entitled court, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Peerless Insurance Company and Golden Eagle Insurance Corporation (collectively, "the Insurers") hereby move pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment against all Defendants.

The Insurers bring this Motion on the grounds that there are no genuine disputes as to any material fact. Therefore, they are entitled to judgment as a matter of law on the first and second claims for relief stated in their Complaint, which are: No Duty to Defend (As Against The Insured Defendants) and No Duty to Defend (As Against The Non-Insured Defendants).

Defendants have asserted that the Insurers' policies (the "Policies") obligate the Insurers to provide them with a defense in two underlying lawsuits. The underlying lawsuits allege that Defendants intentionally and wrongfully stole millions of gallons of their neighbors' water, damaging crops and other property.

The Insurers do not owe a duty to defend the Defendants because the underlying lawsuits do not allege potentially covered damages for property damage caused by an "occurrence" or an "accident," as the Policies define that term. The Policies also exclude "expected or intended" damage, the only damage the underlying lawsuits allege. In addition, certain defendants do not qualify as insureds under the Policies.

The Insurers base their Motion on this Notice and the concurrently filed Memorandum of Points and Authorities, the Declaration of Steven Warnock, the Request for Judicial Notice, and on the records and pleadings on file and such other evidence as may be presented to the Court.

| | | |
|---|---|---|
| 1 | Dated: December 11, 2024 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | By      */s/ Scott Sveslosky* |
| 4 | | SCOTT SVESLOSKY |
| | | MARY E. GREGORY |
| 5 | | PATRICK R. EMERSON |
| 6 | | Attorneys for Plaintiffs |
| 7 | | PEERLESS INSURANCE COMPANY and GOLDEN EAGLE INSURANCE CORPORATION |